**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00616-EWN

UNITED STATES OF AMERICA,

    Petitioner,

    v.

THOMAS R. ELGES,

    Respondent.

_____

Consolidated with Civil Action No. 06-cv-00617-MSK

UNITED STATES OF AMERICA,

    Petitioner,

    v.

THOMAS R. ELGES,
as President/Owner of TRE & Associates,

    Respondent.

---

**ORDER CONSOLIDATING CASES**

---

    Upon Petitioner's Motion to Consolidate Civil Action No. 06-cv-0617-MSK with the Civil Action No. 06-cv-00616-EWN, IT IS ORDERED that the Motion is GRANTED. Civil Action No. 06-cv-0617-MSK case shall be consolidated with 06-cv-00616-EWN, the earlier numbered case. The district judge's designating initials shall be changed from "MSK" to "EWN."

Dated this 12th day of April, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge